**No. 58622.**—Rosenfeld Kent Co., Inc. *v.* United States, protest 209777–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the linoleum the subject of *United States* v. *Pacific Overseas Co., W. J. Byrnes & Co.* (42 C. C. P. A. 1, C. A. D. 559), the claim of the plaintiff was sustained.

**No. 58623.**—Swan Mill, Inc. *v.* United States, protest 236317–K (New York).

Opinion by RAO, J. It was stipulated that the merchandise is similar in all material respects to the paper napkins the subject of *Wesley & Winter, Inc.* v. *United States* (32 Cust. Ct. 24, C. D. 1575). Upon the agreed statement of facts and following the cited authority, it was held that the merchandise is dutiable at 15 percent under paragraph 1413, as modified, *supra.*

**No. 58624.**—Radio Corp. of America, RCA Victor Division *v.* United States, protests 146806–K and 150847–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper coverings containing phonograph records the subject of *United States* v. *Radio Corp. of America, RCA Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiff was sustained.

**No. 58625.**—Radio Corp. of America, RCA Victor Division *v.* United States, protest 152948–K (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper coverings containing phonograph records the subject of *United States* v. *Radio Corp. of America, RCA Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiff was sustained.

**No. 58626.**—Radio Corp. of America, RCA Victor Division *v.* United States, protests 162159–K, etc. (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper coverings containing phonograph records the subject of *United States* v. *Radio Corp. of America, RCA Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiff was sustained.

**No. 58627.**—Continental Importing Co. and Morco Trading Co. *v.* United States, protests 227701–K and 229767–K (New York).

Opinion by Rao, J. It was stipulated that the merchandise is composed of rush and is not of grass nor of rice straw; that merchandise of like character is now being assessed at 20 percent under said paragraph 1021, as modified, *supra*; and that the termination of the said General Agreement on Tariffs and Trade with respect to concessions therein initially negotiated with China (T. D. 52587), insofar as said paragraph 1021 is concerned, related only to floor coverings of grass or of rice straw. Upon the agreed statement of facts, the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 22, 1954

**No. 58628.**—Wm. Kratt Co. *v.* United States, protest 187731–K (New York).

Oliver, Chief Judge: This case relates to merchandise described on the invoices as "Reed Plates for Organs Nr. 79/20," which the collector assessed with duty at the rate of 70 per centum ad valorem under paragraph 1513 of the Tariff Act of 1930, as parts of toys, not specially provided for. Plaintiff claims that the articles are properly classifiable as parts of music boxes, not specially provided for, under paragraph 1541 (a) of the Tariff Act of 1930, as modified by T. D. 48093, and dutiable thereunder at the rate of 20 per centum ad valorem.